■ In the Matter of HARRY J. STEWART, JR., Respondent, v. NEW YORK STATE LIQUOR AUTHORITY et al., Appellants.— Appeal unanimously dismissed,

without costs. Memorandum: Special Term's order is not a judgment from which an appeal could be taken as a matter of right (CPLR 5701, subd. [a], par. 1), but is an order in an article 78 proceeding (CPLR 5701, subd. [b], par. 1) from which an appeal may be taken only by permission of the Justice who made the order or by permission of a Justice of the Appellate Division (CPLR 5701, subd. [c]; *Matter of Vivenzio* v. *City of Utica*, 30 A D 2d 771; *Matter of Soros* v. *Board of Appeals*, 24 A D 2d 705; *Matter of Album* v. *Anderson*, 24 A D 2d 730). No such permission was obtained and the appeal must therefore be dismissed. (Appeal from order of Erie Special Term annulling determination of State Liquor Authority and remitting matter.) Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.